IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLEN W. JONES                                 *
                                               *
                                               *
v.                                             *   Civil No. – JFM-16-2873
                                               *
SEARS, ROEBUCK AND COMPANY                     *
                                           ******

## MEMORANDUM

Plaintiff has instituted this *pro se* action. Defendant has filed a motion to dismiss. After being advised of the consequences of a failure to do so, plaintiff has not responded to the motion. The motion will be granted.

Plaintiff asserts a claim for breach of contract. However, the Employee Handbook makes it clear that plaintiff was an at will employee.

Plaintiff also states a claim for wrongful discharge. However, the public policy upon which he relies is the insurance of "the integrity of the employment pension system." He cites no legislative enactment or judicial opinion to support the existence of this public policy.

A separate order of dismissal is being entered herewith.

Date: Oct 27, 2016

J. Frederick Motz
United States District Judge